## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MAUREEN K. MCCOY, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-0500-CG-C |
| | ) |
| **ALPHARMA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### MEMORANDUM OPINION AND ORDER

This matter is before the court on the motion of defendant, Alpharma, Inc., for summary judgment and brief in support. (Docs. 22 & 24) and plaintiffs' notice of no response (Doc. 28). Defendant's motion seeks summary judgment as to all of the plaintiffs' claims. Plaintiffs report that no response will be filed.

The court notes that plaintiffs do not expressly admit in their notice that summary judgment is due to be granted. However, "[i]n opposing a motion for summary judgment, a 'party may not rely on his pleadings to avoid judgment against him.'" Resolution Trust Corp. v. Dunmar Corp., 43 F.3d 587, 592 (11th Cir. 1995), cert. denied sub nom., Jones v. Resolution Trust Corp., 516 U.S. 817 (1995)(citing Ryan v.Int'l Union of Operating Eng'rs., Local 675, 794 F.2d 641, 643 (11 Cir. 1986)). Moreover, "[t]here is no burden upon the district court to distill every potential argument that could be made based upon the materials before it on summary judgment. Rather, the onus is upon the parties to formulate arguments; grounds alleged in the complaint but not relied upon in summary judgment are deemed abandoned." Id. at 599 (citations omitted). The court therefore deems plaintiffs' claims to be abandoned, see id., and defendant's motion for summary judgment is due to be granted.

## **CONCLUSION**

For the reasons stated above, the motion of defendant, Alpharma, Inc., for summary judgment (Doc. 22) is **GRANTED** and this case is hereby **DISMISSED**.

**DONE and ORDERED** this 8th day of November, 2005.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE