IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MAUREEN K. MCCOY, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 04-0500-CG-C** |
| | ) | |
| **ALPHARMA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendant as to all claims, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of defendant, Alpharma, Inc. as to all claims and this matter is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 8th day of November, 2005.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1